

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-12-00317-CR

Jon Thomas **FORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR7741
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file Appellant's reply brief is GRANTED. Time is extended to May 12, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court